# EXHIBIT D

SHELLEY MOORE CAPITO, WEST VIRGINIA, *CHAIRMAN*
SHELDON WHITEHOUSE, RHODE ISLAND, *RANKING MEMBER*

KEVIN CRAMER, NORTH DAKOTA
CYNTHIA M. LUMMIS, WYOMING
JOHN R. CURTIS, UTAH
LINDSEY O. GRAHAM, SOUTH CAROLINA
DAN SULLIVAN, ALASKA
PETE RICKETTS, NEBRASKA
ROGER F. WICKER, MISSISSIPPI
JOHN BOOZMAN, ARKANSAS
JON HUSTED, OHIO

BERNARD SANDERS, VERMONT
JEFF MERKLEY, OREGON
EDWARD J. MARKEY, MASSACHUSETTS
MARK KELLY, ARIZONA
ALEX PADILLA, CALIFORNIA
ADAM B. SCHIFF, CALIFORNIA
LISA BLUNT ROCHESTER, DELAWARE
ANGELA D. ALSOBROOKS, MARYLAND

ADAM TOMLINSON, REPUBLICAN STAFF DIRECTOR
DAN DUDIS, DEMOCRATIC STAFF DIRECTOR

United States Senate
COMMITTEE ON ENVIRONMENT AND PUBLIC WORKS
WASHINGTON, DC 20510–6175

March 7, 2025

The Honorable Lee M. Zeldin
Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, DC 20460

Dear Administrator Zeldin:

I write to express deep concern about the role of the so-called "Department of Government Efficiency" (DOGE) in reviewing and approving funding decisions at the Environmental Protection Agency (EPA). According to documents obtained exclusively by the Democratic Staff of the Senate Committee on Environment and Public Works (EPW), the EPA has recently issued new guidance to senior staff indicating that "all [funding] actions greater than $50,000 now require approval from an EPA DOGE Team member."[1] This escalation of the role that DOGE plays in EPA funding decisions threatens to delay routine funding processes and hand complex financial decisions to unvetted individuals with no demonstrable expertise in environmental policy or fiscal management. Accordingly, I request that you immediately reverse this policy and provide responses to my inquiries below.

On January 20, 2025, President Trump issued Executive Order 14158, establishing and implementing the so-called "Department of Government Efficiency." That order directed you, as an agency head, to establish within EPA a DOGE Team to "implement the President's DOGE Agenda."[2] On February 26, 2025, President Trump further explained DOGE's mission in Executive Order 14222, which provided guidance on DOGE's role over spending in government contracts, grants, and loans. More specifically, the order clarified DOGE's authority to scrutinize discretionary spending and terminate or modify existing contracts and grants.[3]

---

[1] Information obtained by EPW Democratic Staff.
[2] The White House, Executive Order 14158, *Establishing and Implementing the President's "Department of Government Efficiency,"* 90 Fed. Reg. 8441 (Jan. 20, 2025), https://www.federalregister.gov/documents/2025/01/29/2025-02005/establishing-and-implementing-the-presidents-department-of-government-efficiency.
[3] The White House, Executive Order 14158, *Establishing and Implementing the President's "Department of Government Efficiency,"* 90 Fed. Reg. 8441 (Jan. 20, 2025), https://www.federalregister.gov/documents/2025/01/29/2025-02005/establishing-and-implementing-the-presidents-department-of-government-efficiency.

According to the information EPW Democratic Staff obtained, EPA is now operationalizing these executive orders.  On March 3, 2025, EPA sent an email instructing all division directors and deputy directors that "any assistance agreement, contract, or interagency agreement transaction $50,000 or greater ***must receive approval from an EPA DOGE Team member***."[4]  The email further states that program offices are required to "complete and sign the attached EO Compliance Review Form for all funding actions."[5]  The Compliance Review Form seeks confirmation that the funding action "does not conflict with the Executive Orders."[6]  A separate email concurrently sent to Project Officers and Contract Officer Representatives reiterates that "any assistance agreement, contract, or interagency agreement transaction $50,000 or greater must receive approval from any EPA DOGE Team member" and that "[p]rograms and regions should aim to submit a single tranche of actions for DOGE review each day between 3pm - 6pm EST."[7]  All three documents obtained by EPW Democratic Staff are enclosed with this letter.

This new directive is troubling for several reasons.

First, agency actions including contracting and grant-making now face unnecessary bureaucratic delays.  Previously, routine approvals covered essential expenditures such as small-scale grants for air and water quality monitoring, laboratory equipment purchases, hazardous waste disposal at federal sites, and funding for municipal recycling programs.  Second, the involvement of Elon Musk's unvetted, inexperienced team raises serious concerns about improper external influence on specialized agency decision-making.[8]  EPA assistance agreements, contracts, grants, and interagency agreements can often be valued at rates significantly greater than $50,000 and may involve multiple parties, rely upon complex transactional arrangements, and require specialized knowledge of environmental science, policy, and regulations.  Allowing unskilled, self-proclaimed "experts," not vetted for conflicts of interest, to have veto power over funding determinations is inappropriate and risks compromising the agency's mission to protect public health and the environment.

Third, requiring a certification that an agency funding decision does not conflict with executive orders is illegal.  It is already established by court order that it is Congress that authorizes and appropriates funds for specific purposes, not the Office of Management and Budget or the President via executive order or DOGE.[9]

In short, rather than reducing waste, fraud, and abuse, the new measures impose administrative burdens that will disrupt Congressionally-directed programs, hinder federal agencies' ability to function effectively, and usurp Congressional spending power.  This new directive is just the latest salvo in EPA's illegal campaign to block appropriated and obligated funding to projects and initiatives with which the Administrator and the President disagree.

---

[4] Information obtained by EPW Democratic Staff.
[5] Information obtained by EPW Democratic Staff.
[6] Information obtained by EPW Democratic Staff.
[7] Information obtained by EPW Democratic Staff.
[8] Donald Trump, "President Trump Addresses Joint Session of Congress," *C-SPAN*, March 4, 2025, 1:02:12–1:02:33, https://www.c-span.org/program/joint-session-of-congress/president-trump-addresses-joint-session-of-congress/656056.
[9] *See* Memorandum and Order, *New York v. Trump*, C.A. No. 25-cv-39-JJM-PAS (D.R.I. Mar. 5, 2025), https://storage.courtlistener.com/recap/gov.uscourts.rid.58912/gov.uscourts.rid.58912.161.0_2.pdf.

The consequences of this latest initiative extend beyond procedural slowdowns. As has been observed in disaster-stricken areas such as East Palestine, Ohio, communities rely on the agency's ability to quickly approve and distribute funds to restore access to clean water and rebuild damaged infrastructure.[10] Delays caused by additional approval requirements could prolong outages, exposing communities to unsafe conditions and heightened public health risks.

Given these concerns, please respond to the follow questions and requests for documents by no later than March 14, 2025:

1. How many DOGE staff currently work at EPA?

2. Do any DOGE staff at EPA have any professional experience in accounting, forensic auditing, contracting, grant-making, environmental policy, or environmental science? Please provide current CVs for all DOGE staff working at EPA.

3. How many funding actions worth at least $50,000 did the Agency make per week in 2024? Please provide the weekly average.

4. Please provide a full list of criteria DOGE staff will use in reviewing agency funding decisions.

5. Please provide your asserted statutory or Constitutional basis for requiring that agency funding decisions be consistent with executive orders.

6. Please list all funding decisions that have been subjected to this new process, including the dates when approval was first sought, the dates wen approval was granted or denied, and the basis for any denials.

7. Given the involvement of DOGE, which is led by the world's richest man, what safeguards have you implemented or will you implement to prevent undue private influence over EPA's decisions?

8. Have you instituted a recusal process for DOGE staff from any agency funding decision that may implicate the financial interests of Elon Musk? If so, please provide details as to how it will work and the conditions that will trigger it.

9. Provide all documents and communications between and among you, EPA staff, volunteers or employees of DOGE, Elon Musk, Russell Vought, the Office of Management and Budget, and the White House concerning the $50,000 funding directive issued at EPA on March 3, 2025.

I appreciate your prompt attention to this matter.

---

[10] Environmental Protection Agency, "EPA State Revolving Funds and Grants Available to Water and Wastewater Utilities," U.S. Environmental Protection Agency, last modified October 23, 2024, https://www.epa.gov/fedfunds/epa-state-revolving-funds-and-grants-available-water-and-wastewater-utilities.

Sincerely,

Sheldon Whitehouse
United States Senator
Ranking Member
Committee on Environment
and Public Works

cc: Sen. Shelley Moore Capito
    Chairman, Senate Committee on Environment and Public Works



### Executive Order Compliance Review

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

### Funding Action Review Confirmation

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: _____

Recipient/ Vendor name: _____

Funding amount $: _____

Description of Work (one sentence and only for $50,000 and above actions):
_____

_____
Program Office Director (or designee)/ Regional Division Director (or designee)

_____
DOGE Team (if required)

**Subject:** FW: Updated EO Compliance Review

Project Officers and Contract Officer Representatives:

Good morning. Please see the updated EO compliance review document (attached) and the instructions below.

Funding organizations will need to provide the amended EO compliance review document to award officials to signal alignment on Administration priorities as detailed through Executive Orders (Presidential Actions – The White House) and the Administrator's "Powering the Great American Comeback" Initiative (EPA Administrator Lee Zeldin Announces EPA's "Powering the Great American Comeback" Initiative | US EPA). For transactions below $50,000, the compliance document is largely the same, except it requests the dollar amount.

There is a new requirement for transactions greater than $50,000. **Effective today, any assistance agreement, contract, or interagency agreement transaction $50,000 or greater must receive approval from an EPA DOGE Team member.** To facilitate the DOGE Team review, please include a brief (1-sentence) explanation of the funding action (all other fields must be completed as well). Programs and regions should aim to submit a single tranche of actions for DOGE review each day between 3pm – 6pm EST. While emergency/ special actions are understandable, please work to batch your funding actions as best as possible.

For compliance reviews requiring DOGE sign-off, please email your request by **2 p.m.** to ▓▓▓▓ at ▓▓▓▓@epa.gov **and** ▓▓▓▓ at ▓▓▓▓@epa.gov.

Thank you for your time, and feel free to contact me with any questions.

Have a great day,