IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00097-MSM-PAS |

## NOTICE OF RELATED PROCEEDINGS

Pursuant to Local Civil Rule 9.1, Plaintiffs respectfully inform the Court of the following proceedings pending before other tribunals:

- *Shapiro v. Dep't of the Interior*, No. 2:25-cv-763 (E.D. Pa.): This case claims (among other claims) that the Department of the Interior, the Environmental Protection Agency, the Department of Energy, the Office of Management and Budget, and their respective agency heads (among others) violated the Administrative Procedure Act by refusing to disburse funds appropriated under the Inflation Reduction Act and Infrastructure Investment and Jobs Act.

- *Butterbee Farm v. Dep't of Agriculture*, No. 1:25-cv-737 (D.D.C.): This case claims (among other claims) that the Department of Agriculture, the Office of Management and Budget, and their respective agency

1

heads violated the Administrative Procedure Act by freezing obligated funds appropriated by the Inflation Reduction Act.

Dated:  March 17, 2025               Respectfully submitted,

/s/ *Miriam Weizenbaum*

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Ravens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (Admitted only in New York; practice supervised by DC Bar members)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On March 17, 2025, I caused the foregoing to be served by certified mail on Defendants, the Attorney General, and the U.S. Attorney's Office for the District of Rhode Island at the below addresses. On the same day, I further caused these documents to be served via email on Alex Haas, Diane Kelleher, and John Griffiths, Assistant Directors, Federal Programs Branch, Department of Justice, and on Kevin Hubbard, Civil Chief, U.S. Attorney's Office for the District of Rhode Island.

Department of Agriculture and
Secretary Brooke Rollins
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

Department of Energy and
Secretary Chris Wright
1000 Independence Ave., SW
Washington, DC 20585

Department of the Interior and
Secretary Doug Burgum
1849 C Street, N.W.
Washington DC 20240

Environmental Protection Agency
and Administrator Lee Zeldin
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Department of Housing and Urban
Development and Secretary Scott
Turner
451 Seventh Street, S.W.
Washington, DC 20410

Office of Management and Budget
and Director Russell Vought
725 17th Street, NW
Washington, DC 20503

Attorney General Pam Bondi
Department of Justice
950 Pennsylvania Avenue, NW,
Washington, DC 20530

Director Kevin Hassett
National Economic Council
1600 Pennsylvania Ave NW
Washington, DC 20500

United States Attorney's Office
District of Rhode Island
One Financial Plaza, 17th Floor
Providence, RI 02903

　　　/s/ *Miriam Weizenbaum*
　　　Miriam Weizenbaum