# EXHIBIT K

Case 1:25-cv-00097-MSM-PAS   Document 26-2   Filed 03/17/25   Page 1 of 2 PageID #: 223

-----Original Message-----
From: "Marriott, Emily - FPAC-NRCS, MA"
Sent: Tuesday, February 11, 2025 9:59am
To: "Ryan Voiland" < >, "Barker Plotkin, Jeremy - FPAC-NRCS, MA"
Subject: RE: [External Email]RE: receipts for SCA spreading

Hi Ryan,

Thank you for sending the receipts. We will work on getting this certified ASAP. However, payments on contracts funded through the Inflation Reduction Act are currently on pause.

On January 20, 2025, President Trump signed an Executive Order that placed a freeze on spending authorized by the Inflation Reduction Act (IRA) of 2022 and the Infrastructure Investment and Jobs Act (IIJA). This includes payments under NRCS conservation program contracts that are funded through the IRA and IIJA.

USDA leaders have been directed to assess whether grants, loans, contracts, and other disbursements align with the new administration's policies. Once Brooke Rollins is confirmed—hopefully later this week—she will have the opportunity to review the programs and work with the White House to make determinations as quickly as possible.

In the meantime, USDA appreciates farmers' patience and recognizes the vital role the agricultural community plays in strengthening and sustaining our nation. We understand that uncertainty can be challenging, especially for those already navigating the unpredictable forces of nature.

I will keep you informed as I receive more information.

Best,
Emily

Emily Marriott
Soil Conservationist
Western Massachusetts | Hampden, Hampshire, and Franklin Counties
Hadley Field Office


Natural Resources Conservation Service

