# EXHIBIT L

## DECLARATION OF GAIL LATIMORE

I, Gail Latimore, declare as follows:

1. I am the Executive Director of Codman Square Neighborhood Development Corporation (CSNDC).

2. CSNDC is a nonprofit community development corporation that responds to the needs of our community, particularly in the areas of affordable housing development, economic development, and community organizing. We're also very involved in environmental sustainability issues.

3. For more than 40 years, we have operated in the Codman Square district in Dorchester, a neighborhood of Boston. Codman Square is one of the biggest inner-city neighborhoods in Boston and has many low-income residents.

4. The neighborhood is predominantly a neighborhood of color, with a large percentage of that being Afro-American, Afro-Caribbean, with a significant Latino population and a small but meaningful Asian population as well. The median income is probably in the area of forty or fifty thousand dollars. People speak a variety of languages: English, Spanish, Haitian Creole, Cape Verdean Creole, Vietnamese and Cambodian.

5. As Codman Square experienced arsons for profit, block busting and white flight in the 1970s, community leaders mobilized to create affordable homeownership solutions, and eventually CSNDC was incorporated in September 1981 as a 501(c)(3) organization.

6. Last August, we applied for a grant through the Green and Resilient Retrofit Program, which is run by the Department of Housing and Urban Development. That program is meant to support investments in energy efficiency, greenhouse gas reductions, and healthy housing specifically in HUD-assisted multifamily housing in affordable housing communities. The funding for that program comes from the Inflation Reduction Act.

7. CSNDC plans to use the money from that grant to help fund a rehab and renovation project on a 31-unit affordable housing development for elderly residents here in Dorchester.

8. That project will involve a number of energy-related upgrades, including better weatherizing of the units to increase energy efficiency, which helps the environment and also helps us save money we can put back into the operations of the property. It will also involve upgrading the building's ventilation with installation of a new energy recovery ventilation system. This system will improve the indoor air quality, lower humidity, and reduce mold growth potential, which is important for our elderly residents. These are very vulnerable, low-income seniors and there are high asthma rates in this neighborhood.

9. HUD awarded us the grant in November, and we received the award letter. The grant is for $750,000, and 70% of the grant will be used to improve the ventilation of the building with the installation of the new ERV system. We countersigned the Elements Award Commitment letter in November and sent it back. The staff we had working on this had a virtual meeting with a HUD representative

at an initial kickoff call with the grants administrator which took place early this year. The next step was supposed to be HUD uploading the Elements Award Commitment Letter into their system called Greenlight, but this did not happen.

10. HUD stopped communicating with us after the change in administration. On February 11, they finally told us in response to our inquiries that they weren't able to upload the Commitment Letter to approve closings or disbursements at that time. They blamed it on an executive order called Unleashing American Energy.

11. Since then, we're still waiting for the fully executed Commitment Letter to be uploaded into Greenlight. Communication from HUD has been pretty limited so far. We just contacted them on March 11 and received a response saying they had no information and would update us when they did.

12. CSNDC was counting on this grant we were awarded to help fund the rehab and renovation of this building. Our plan was to start work early this summer, but we don't know if that's going to happen if the grant remains frozen.

13. We may be able to complete some work without the grant coming through, but it would be on a much smaller scale than what we planned. And that impacts our senior residents. It's updates to their housing that we wouldn't be able to provide, including installation of the new ventilation and air quality systems. It also means the loss of savings from improvements in weatherization, savings that would help us to fund additional social services. Without the upgrades we planned to do, it means money lost every month that we could be putting toward our mission.

14. Another result of the freeze to our grant is that, the longer the delay, the more the costs of our project go up. I've been doing this for 30 years, and there's almost never a time that construction costs go down. They always go up. And they can go up quickly. This is especially a concern right now because of how new tariffs are already impacting the construction industry. So, every delay to this project means our costs go up, and that's ultimately money we can't use to carry out other parts of our work.

15. Right now, our contractor has quoted us a set price for the work, but we don't know how long he'll hold that price. He's been nice, but a lot of things have happened since then. Contractors are really nervous about the tariffs right now. This delay just creates a lose-lose situation for us and the residents.

I declare under the penalty of perjury that foregoing is true and correct. Executed on March 17, 2025.

*Gail Latimore*
_____
Gail Latimore