# EXHIBIT O

# DECLARATION OF ▮▮▮▮

I, ▮▮▮▮, declare as follows:

1. I am the Director of Programs of the ▮▮▮▮▮▮▮▮▮▮▮▮, a nonprofit organization based in ▮▮▮▮▮▮, and a recognized leader in science- and community-based watershed protection and restoration.

2. The statements made in this declaration are based on my personal knowledge and information made available to me in the course of my duties.

3. ▮▮▮▮ works closely with local people and organizations as well as state and federal agencies to help maintain and improve water quality and habitat conditions of the ▮▮▮▮ River and its watershed.

4. To give just a couple of examples, we have worked with landowners and other local partners on prairie habitat restoration, we regularly carry out projects to improve stream habitats and connectivity for fish migration, and we assist local businesses and other urban property owners plan for and undertake storm water management projects.

5. One of the big goals of our work is to improve fish and wildlife populations that are enjoyed by conservationists and also pursued by hunters and anglers in our area. Part of that means removing pollutants and other harmful toxins from the local waterways that make their way into wildlife habitats, but also into the homes of the people who reside in this shared community. We work hard to engage all stakeholders in our service area, and the work we do represents this wide range of interests.

6. We compete for and receive a number of federal grants, some directly and some as a subrecipient from other grantees. These grants are administered by several different agencies, including the Department of Agriculture, the Environmental Protection Agency, and the National Oceanic and Atmospheric Administration. Some of these grants are funded by the Inflation Reduction Act and some are funded by the Bipartisan Infrastructure Law.

7. ▮▮▮▮ has a staff of 12, including our newest staff member we brought onboard in February.

8. ▮▮▮▮ is a member of the National Council of Nonprofits.

9. Since February, we've had intermittent trouble accessing federal funding through our awarded grants.

10. Early that month, we became unable to access the "ASAP" portal, which is an online system the federal government uses for disbursing funds on open grants. That meant we couldn't make any draw downs of three grants.

11. That freeze continued for 6 days, which led to delays in work planning and contracting, as well as uncertainty that has led to many hours of lost productivity and wasted time.

12. More recently, we learned on March 6 that normal payments on another open grant were frozen.

13. The grant is through the Regional Conservation Partnership Program, which funds public-private conservation projects by landowners and communities. The program is run by the Natural Resource Conservation Service—part of the

Department of Agriculture. We're a subrecipient of funds through that program that flow to us through the direct grantee, the ▮▮▮▮▮ Agricultural Trust. The program is funded with money from the Inflation Reduction Act.

14. The goal of this specific grant is to remove vegetation in order to reduce the risk of wildfires and improve habitat and water quality in the area. The money from that grant funds our staff time directly and also helps cover costs for participating landowners to do work on their property. The grant provides us with about $4.4 million for those purposes, and between $5 and 6 million more for conservation and agricultural land easements, which are important for protecting farmland.

15. Even though it's only been a few days, ▮▮▮▮▮'s work is already being disrupted as a result of this money becoming unavailable. We hired a person based on getting this grant. She started in early February. We did the recruiting late last year. That position is three quarters funded by this program. Now we're scrambling to figure out how to pay this person.

16. If ▮▮▮▮▮ isn't able to resume drawing those funds in the ordinary course, the whole project is going to have to halt, which means worse outcomes for the watershed here and everything that lives in it, people included, in terms of wildfire risk and water and habitat quality. It will also lead to the loss of trust from landowners interested in carrying out restoration and stewardship on their properties, the loss of projects that would considerably increase the quantity and quality of oak habitat in our area, and the inability to build local capacity for

3

sustainable fuels reduction and wildfire prevention work. All of this endangers our credibility and effectiveness, puts our local landowners at risk, and reduces our long term ability to achieve our organizational and shared mission, which benefits all residents within our service area.

17. If more funding from the IRA and BIL gets held up, the consequences for ▇▇▇▇ could be devastating. Those grants are essential for our work. Federal funds make up nearly 36% of our fiscal year 2025 budget. Federal funds account for more than 90% of the funds that our regional partnership, the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, has secured over the last five years. Losing those funds now would mean a huge setback to our collaborative work, ecological impact, efforts to decrease wildfire risk and improve drinking water quality, and eliminate the positive contributions to our local economy that our work provides through the hiring of local contractors. We would have to let go of most of our shared staff and cancel contracts with local businesses.

18. Already, these freezes have caused problems for us. It's hard for us to plan for the future if we don't even know if we'll be able to draw on these grants when we need them. We are a small non-profit with widespread support from all constituents in our service area. We don't have sufficient reserves or alternate funding sources to make up for the loss of these federal funds.

5

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2025.

