# EXHIBIT S

## DECLARATION OF ████████

I, ████████, declare as follows:

1. I am the Field Crew Programs Director at the ████████████████████. ████████████ is a member of Plaintiff National Council of Nonprofits.

2. ████████████████ is a nonprofit organization and AmeriCorps grantee that engages hundreds of youth and young adults in programs to improve access to outdoor recreation, restore natural habitats, protect waterways, and respond to community needs and natural disasters. Our programs also provide technical skills training, educational activities, and career-building skills.

3. We work across a large portion of the central United States—in more than a dozen states, on an average year—to partner with federal, state, and local agencies and nonprofits to do conservation work and help with disaster responses for hurricanes, wildfires, and floods.

4. As part of this work, we receive federal grants from the Department of the Interior and Department of Agriculture. Right now, we have approximately $621,927.88 of that federal grant money (from Interior) that is frozen. We understand from our project managers and from staff at the National Park Service that these funds are frozen because they were appropriated under the Inflation Reduction Act or the Infrastructure Investment and Jobs Act.

5. I found out these funds were suspended when I logged into the Automated Standard Application for Payments (ASAP) system, which is an online

1

portal we use to draw on our federal grants. I went to draw funds as usual and they were marked red in the system and suspended. We don't know when they'll be unfrozen.

6. We had planned on these funds supporting an invasive plant management team that would work with national parks in the center of the United States, ranging from Arkansas to Ohio to Minnesota. We estimated spending about 8,300 hours on planned invasive plant management that just won't happen now. This means that potentially thousands of acres will not be managed, with negative impacts on access for visitors to public lands, hunting and fishing, and wildlife populations due to loss of habitat.  If we are ever able to manage these invasive species in the future, it will be more difficult and more expensive because they will have spread more:  we can't readily make up for this delay.

7. We had also planned on these funds supporting two individual placements of invasive plant management and restoration specialists at the St. Croix National Scenic Riverway.  But now we cannot pay for them.  Their work would have supported high park priority invasive plant management and vegetation restoration practices, assisting with manual and chemical plant control, native plant seeding and planting, equipment maintenance, data collection, outreach, and education.

8. We had also planned on these funds supporting a crew dedicated to the Mississippi Park Connection.  We had planned about 10,000 hours of work—the equivalent of five full-time employees.  We are now not able to complete this project.

2

9. Although we have not yet ended any members' AmeriCorps service terms, and are working to reassign them to other projects and roles, if this freeze lasts, or we lose additional funds, we may have to terminate members' service terms.

10. In addition to these impacts we are already feeling, we know there is more to come. We have millions of dollars in fee-for-service agreements with states and other nonprofits that may be frozen, but the impact hasn't flowed down yet. But we're already starting to see that partner organizations have eliminated positions. We expect that the funding freeze has even more impact to come.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14th, 2025, in ███████████████.

███████████████
███████