# EXHIBIT T

# DECLARATION OF ██████████

I, ██████████ declare as follows:

1. I am the executive director of the ██████████████████████████ ██████████████████ is a member of the National Council of Nonprofits through its state affiliate, the ██████████████████████.

2. Community Action Agencies were established under the Economic Opportunity Act of 1964 as part of the War on Poverty. CAAs are local nonprofits that work to improve the lives of low-income residents through increased self-sufficiency and community participation. In other words, the federal government puts funding in local communities to address poverty in ways the local community sees as most appropriate and most effective.

3. There are ████████ CAAs in ████████ all of which are members of the ████████ ████████ board comprises the ████████ directors of those CAAs.

4. ████████ primary role is to provide training and technical assistance to community action staff. That includes putting on conferences for them to attend, webinars, and mental health and wellness training. We also manage several grants that we distribute to CAAs, while ensuring grant compliance. And we also advocate at the state level for policies that benefit CAAs and ████████ who live in poverty.

5. ████████ training role also includes running a weatherization training center, which we have done since 2011. The basis of this program is to help weatherize the homes of low-income Americans in an effort to lower their utility

1

bills when they are struggling to make ends meet, which helps them stay in their homes. Weatherization includes an energy audit of a home to see if there are places where cold air is getting in during winter months, or escaping in summer months. The audit checks to see if there is a hole in the roof, if leakage is coming in under the doors, if the attic needs insulation, if windows need to be recaulked so less air gets through—it includes a lot of different things that make a home run more efficiently.

6. The audit also includes a lot of important health and safety factors. For example, the audit will check to see if a bathroom is sufficiently ventilated so that mold won't grow in the house, and may result in installing a fan in the bathroom for better ventilation. The audit will also check the carbon monoxide output on appliances and make sure they are vented appropriately so carbon monoxide is not getting into the home. This weatherization process has a big impact on air quality in the home.

7. ▮▮▮▮▮▮▮ has a 6,000-square foot lab and classroom space for our training center with mini-module homes that we can use to help people learn how to run an energy audit on a house. We have also used grant funds appropriated under the Bipartisan Infrastructure Law (BIL) to rent a home near our office, so we have one full-sized two-bedroom house that we use in trainings so they can see the process on an actual house. This is really helpful because we can take them into the attic to test for leaks, and show them how to check for temperature variations. We train folks on how to use insulation machines to put insulation in the attic to

regulate the temperature in the house. We have both technical equipment (like carbon monoxide meters and kits to test for lead-based paint) and equipment to do hands-on activities (like going to the lab kitchen to test a stove and see if it's venting properly).

8. ▮▮▮▮▮▮ employs an expert who understands the federal and state specifications for weatherization programs to run these trainings. The trainings can run from a two-to-three day class on a specific issue, like duct leakage, to a weeklong class aimed at different certification levels, all the way from retrofit installer (the base-level installer on a team) to quality control inspector (the highest level of certification).

9. Our training center is one of only twenty-two in the country that is certified by the Interstate Renewable Energy Council, which accredits weatherization centers to qualify for Department of Energy programs. So our training center serves not only ▮▮▮▮▮▮ (including the six of our member CAAs that have weatherization departments), but also folks in other states.

10. In typical times, we usually train over 200 people in about 40 classes per year. But, since January, we have not been in typical times.

11. Our funding for this weatherization program comes entirely from grant funds appropriated under the BIL, awarded by the U.S. Department of Energy, and passed through the state of ▮▮▮▮▮▮ When the BIL passed, Community Action Agencies were urged by both the federal and state government to ramp up their weatherization efforts, and so they hired more staff and put more time and effort

3

into this project. My association entered talks with prospective trainers with a plan to increase our training staff. Our BIL weatherization grant accounts for around fifteen percent of our total budget.

12. But since January 30, those funds have been frozen. We are no longer able to draw down on the roughly $250,000 left in this grant line. And we also have about $75,000 in unpaid invoices for work already done in November and December for which we cannot be reimbursed. We have not received any communications about the cause of this freeze or if or when it will end. When I e-mailed contacts at the Department of Energy, I simply got a form response saying that they will reply when they can respond—and I understand from other organizations in the same boat that they have received the same (non)response.

13. As a result of this funding freeze, we are currently not able to offer weatherization training to our network, because there is no way for us to be paid for it.

14. The BIL weatherization funds pay 100% of our training director's salary, 75% of our weatherization program assistant's salary, and 25% of my own salary. So far, I have been able to shift my and the program assistant's work to other grants, and have been able to continue paying our full salaries. But just yesterday, I had to e-mail the training director about the fact that we are probably going to need to move him to at least some portion of unpaid leave, because we have just run out of our reserves, and can't bill him to any other grant.

15. When we aren't able to train folks on weatherization, it means that fewer people living in poverty are getting their homes weatherized. And that means they are less safe in their homes, and less able to make ends meet. Even if we get the money back later, it will never make up for the time lost to training and weatherization now.

16. We were also in the process of putting together a weatherization conference planned for July 2025, but that is now on hold. We haven't been able to move forward with the contractor or the hotel, because there is too much uncertainty.

17. Because these funds are frozen, we have also had to cancel a conference we had planned for this April. That conference was set to focus on three main areas: mental health, leadership, and community action skills. We've held this spring conference before, but this is the first time that we designed the conference theme to appeal not only to CAA staff, but also to the broader nonprofit sector, to help strengthen skills and abilities for anyone working in the nonprofit arena. We were also excited because it was the first time we have been able to partner with a tribal nation to have a conference at one of their facilities.

18. We already had the entire agenda and speakers lined up for the conference. We had included speakers from state agencies and from the City of ▮▮▮▮▮▮▮▮▮ and were really excited for this opportunity to partner with them and their employees. It is very important to us to build those relationships because we are all trying to help the same population. We called this a conference for

5

community builders, so the idea was to get all sorts of folks in a room together working on building community to build partnerships and increase their skill sets. But now, none of that can happen. And having to cancel the conference has had an impact on our relationships with other nonprofits and the governments we had made this outreach to. It is really important in this line of work to build successful relationships built on trust, and when we can't follow through on commitments because our funding has been precipitously stopped, that undermines those relationships and makes it harder to rebuild.

19. Additionally, the conference would have brought in revenue through registrations and sponsorships, which account for a big portion of the unrestricted funds ▮▮▮▮ has in a given year. This exacerbates the funding crunch we are already experiencing, and ties our hands with what we can do with the money we do have, reducing the flexibility that has become even more important in light of the freeze.

20. The BIL funding freeze is also already affecting our plans for the next several years. In November, we entered into a two-year contract with the Community Action Association of ▮▮▮▮ under the Unified Weatherization Workforce Initiative. The program was intended to train our training director, officer manager, and myself on how we could, in turn, conduct trainings on workforce issues. The goal was for the three of us to gain expertise and learn how to offer training to the six weatherization departments at our member CAAs, with a further goal of improving their efforts at employee recruitment and

6

retention—enabling them to weatherize more homes. We knew that this expertise would be value to our entire network, well beyond the two years of this program.

21. Our proposal to spend BIL funds on this program had already been approved by the state when we signed the contract with ▇▇▇. We had made one payment to ▇▇▇ for the first three months (November 2024 to January 2025) when the funding freeze occurred. We are therefore no longer able to meet the budgeted $156,000 for 2024–2025 and $141,000 for 2025–2026, as those were all BIL funds. As a result of the freeze, we were forced to pause all efforts for this program indefinitely.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2025.

