# EXHIBIT U

## DECLARATION OF DIANE YENTEL

I, Diane Yentel, declare as follows:

1. I am the President and CEO of the National Council of Nonprofits (NCN), which is the largest sector-wide network of nonprofits in the United States.

2. Our members include state associations that collectively represent more than 30,000 nonprofit members across the country, including 425 in Rhode Island.

3. The statements in this declaration are based on my firsthand knowledge and on review of NCN's business records.

4. My job as the leader of NCN is to give voice to the many nonprofits across the United States, many of which are small, and do not have the capacity to advocate on their own behalf—because they are so focused on fulfilling their missions of service.

5. As part of that job, I spend significant time engaging and listening to our nonprofit members. In the less than two months since the administration began freezing money appropriated by the Inflation Reduction Act and Infrastructure Investment and Jobs Act, I and my colleagues have heard from hundreds of our nonprofit members about their experience with that freeze.

6. Of these member organizations from whom we have heard, all share that the impact of not being able to access their funding ranges from deeply worrying to potentially catastrophic. These nonprofits often rely on scheduled disbursement of federal grants to keep their doors open.

7. Many of these nonprofits are small. They have no savings to fall back on. Missing expected payments from an open grant can mean they miss payroll and are forced to lay people off, unable to pay rent, cover operating expenses, or maintain programs. For many nonprofits, continuing to miss payments could mean shutting down.

8. The two laws the defendants have targeted are important to our members and to the people our members serve because they fund so many different programs and services that ultimately are carried out on the ground by nonprofits. Those programs are administered by a number of different agencies, and we have many members who receive funding from each of the agencies named as defendants in this case.

9. I realize that hearing from me is different from hearing from each of these nonprofits individually. I submit this declaration for two reasons: 1) because there is no feasible way to capture all of the stories of our nonprofit members who are currently unable to access federal funds appropriated under the IRA or IIJA and who face severe consequences as a result. It would take weeks, if not months, to do so. And 2) because small nonprofit organizations that receive federal funding to do their vital work may fear potential retribution and a longer-term loss of the funding that is essential for their work.

10. The examples being submitted with this filing today are just that: examples, of an extremely widespread problem caused by the defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2025.

_____
Diane Yentel