# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00097-MSM-PAS |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction, Defendants' opposition, and Plaintiffs' reply, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants are **ENJOINED** from freezing, halting, or pausing on a non-individualized basis the processing and payment of funding appropriated under the Inflation Reduction Act and Infrastructure Investment and Jobs Act; it is further

**ORDERED** that Defendants take immediate steps to resume the processing, disbursement, and payment of funding appropriated under the Inflation Reduction Act and Infrastructure Investment and Jobs Act, and to release funds previously withheld or rendered inaccessible because they were appropriated under the Inflation Reduction Act and Infrastructure Investment and Jobs Act; it is further

1

**ORDERED** that Defendants are **ENJOINED** from implementing, giving effect to, or reinstating under a different name the directive to freeze funding appropriated under the Inflation Reduction Act and Infrastructure Investment and Jobs Act in the *Unleashing American Energy* executive order or OMB Memorandum M-25-11; it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706; it is further

**ORDERED** that Defendants shall file a status report on or before [DATE] apprising the Court of the status of its compliance with this Order and providing a copy of any directive Defendants provided to their employees or agents pursuant to this Order.

**SO ORDERED**.

Dated: _____, 2025

_____
THE HON. MARY S. McELROY
UNITED STATES DISTRICT JUDGE