# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00097-MSM-PAS |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for an expedited briefing schedule, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants shall file their opposition to Plaintiffs' motion for a preliminary injunction by not later than March 24, 2025; it is further

**ORDERED** that Plaintiffs shall file their reply, if any, by not later than March 27, 2025; and it is further

**ORDERED** that the Court shall hear oral argument on Plaintiffs' motion on [DATE] at [TIME].

**SO ORDERED**.

Dated: March __, 2025

_____
THE HON. MARY S. McELROY
UNITED STATES DISTRICT JUDGE