## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00097-MSM-PAS |
| DEPARTMENT OF AGRICULTURE, *et al.*, | |
| *Defendants*. | |

## SUPPLEMENTAL NOTICE OF RELATED PROCEEDING

Pursuant to Local Civil Rule 9.1, and in supplement to Plaintiffs' notice of March 17, ECF No. 25, Plaintiffs respectfully inform the Court that the following additional proceeding, like the above-captioned case, involves an Administrative Procedure Act challenge to the withholding of funds appropriated under the Inflation Reduction Act and Infrastructure Investment and Jobs Act:

- *The Sustainability Institute v. Trump*, No. 2:25-cv-02152 (D.S.C.): This case claims (among other claims) that the Department of Agriculture, the Environmental Protection Agency, and the Office of Management and Budget, and their respective agency heads (among others) violated the APA through actions that prevented Plaintiffs from accessing awarded grant funds that had been appropriated under the Inflation Reduction Act or Infrastructure Investment and Jobs Act.

1

Dated:  March 24, 2025

Respectfully submitted,

_/s/ Miriam Weizenbaum_

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Ravens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (Admitted only in New York; practice supervised by DC Bar members)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted _pro hac vice_

## CERTIFICATE OF SERVICE

On March 24, 2025, I caused the foregoing to be served by certified mail on Defendants, the Attorney General, and the U.S. Attorney's Office for the District of Rhode Island at the below addresses. I further caused the foregoing to be served via email on Daniel Schwei, of the Department of Justice, who has represented himself as the appropriate contact for this case.

Department of Agriculture and
Secretary Brooke Rollins
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

Department of Energy and
Secretary Chris Wright
1000 Independence Ave., SW
Washington, DC 20585

Department of the Interior and
Secretary Doug Burgum
1849 C Street, N.W.
Washington DC 20240

Environmental Protection Agency
and Administrator Lee Zeldin
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Department of Housing and Urban
Development and Secretary Scott
Turner
451 Seventh Street, S.W.
Washington, DC 20410

Office of Management and Budget
and Director Russell Vought
725 17th Street, NW
Washington, DC 20503

Attorney General Pam Bondi
Department of Justice
950 Pennsylvania Avenue, NW,
Washington, DC 20530

Director Kevin Hassett
National Economic Council
1600 Pennsylvania Ave NW
Washington, DC 20500

United States Attorney's Office
District of Rhode Island
One Financial Plaza, 17th Floor
Providence, RI 02903

/s/ *Miriam Weizenbaum*
Miriam Weizenbaum

3