UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

# NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Sirkovich:

>Eitan R. Sirkovich
>United States Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, NW
>Washington, DC 20005
>Tel: (202) 353-5525
>Email: eitan.sirkovich@usdoj.gov

Dated: March 26, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

DANIEL SCHWEI
Special Counsel

-1-

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
D.C. Bar No. 90030102
ANDREW F. FREIDAH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

      I hereby certify that on March 26, 2025, I electronically filed the within Certification with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System, thereby serving it on all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 305.


      /s/ *Eitan Sirkovich*
      Eitan Sirkovich