# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

WOONASQUATUCKET RIVER
WATERSHED COUNCIL, *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF AGRICULTURE,
*et al.*,

*Defendants*.

Case No. 1:25-cv-00097-MSM-PAS

## NOTICE OF FURTHER FACTUAL DEVELOPMENT

Plaintiffs submit this notice to update the Court concerning the declarant whose IIJA funding from the Department of Energy (DOE) has been frozen for two months. *See* Ex. T, ECF No. 26-11; Ex. Y, ECF No. 32-3. Plaintiffs' reply brief noted that the declarant had heard from the state agency through which its grant money passes that DOE had resumed accepting claims for payment, but that the declarant had not yet received funds. Reply, ECF No. 32, at 3. On April 1, the day after Plaintiffs filed that reply brief, the declarant received a payment of funds via the state agency.

Dated: April 2, 2025        Respectfully submitted,

<u>/s/ Miriam Weizenbaum</u>

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (Admitted only in New
York; practice supervised by DC Bar
members)
Jessica Anne Morton* (DC Bar No.
1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On April 2, 2025, I caused the foregoing and accompanying materials

to be served on all Defendants through the CM/ECF system.


/s/ Miriam Weizenbaum
Miriam Weizenbaum