**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

---

*Woonasquatucket River Watershed Council, et al.*
       *Plaintiffs*

                *vs.*                Case No.: 1:25-cv-00097-MSM-PAS

*Department of Agriculture, et al.*
       *Defendants*

---

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover, Complaint with Exhibits, and First Amended Complaint with Exhibits

SERVE TO: Department of Agriculture

SERVICE ADDRESS: 1400 Independence Avenue, SW, Washington, DC 20250

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Department of Agriculture, 1400 Independence Avenue, SW, Washington, DC 20250 on 03/19/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 772839366892. Service was signed for on 03/21/2025 at 12:42 PM by T. Pettis, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/26/2025

*Carrie Hollingshed*

*Client Ref Number: Woonasquatucket River Watershed Council v. USDA*
*Job #:12927982*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

March 26, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 772839366892

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | T.Pettis | Delivery Location: | 1400 Independence Ave SW |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | WASHINGTON, DC, 20250 |
| | | Delivery date: | Mar 21, 2025 12:42 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 772839366892 | Ship Date: | Mar 19, 2025 |
| | | Weight: | 2.0 LB/0.91 KG |

**Recipient:**
Department of Agriculture,
1400 Independence Ave SW
WASHINGTON, DC, US, 20250

**Shipper:**
ALISIA KAPPS, CAPITOL PROCESS SERVICES
1827 18th St Nw
WASHINGTON, DC, US, 20009



T. PETTIS
#17, 12:43, 4 Del, 0 NonDel

Thank you for choosing FedEx