### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

*Woonasquatucket River Watershed Council, et al.*
        *Plaintiffs*

*vs.*     Case No.: 1:25-cv-00097-MSM-PAS

*Department of Agriculture, et al.*
        *Defendants*

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover, Complaint with Exhibits, and First Amended Complaint with Exhibits

SERVE TO: Brooke Rollins, in her official capacity as Secretary of Agriculture

SERVICE ADDRESS: 1400 Independence Avenue, SW, Washington, DC 20250

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Brooke Rollins, in her official capacity as Secretary of Agriculture, 1400 Independence Avenue, SW, Washington, DC 20250 on 03/19/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 772839760483. Service was signed for on 03/21/2025 at 12:42 PM by T. Pettis, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>03/26/2025</u>

_____
Carrie Hollingshed

*Client Ref Number: Woonasquatucket River Watershed Council v. USDA*
*Job #:12927974*

March 26, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 772839760483

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | T.Pettis | **Delivery Location:** | 1400 Independence Ave SW |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | WASHINGTON, DC, 20250 |
| | | **Delivery date:** | Mar 21, 2025 12:42 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772839760483 | **Ship Date:** | Mar 19, 2025 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Brooke Rollins, Secretary of Agriculture
1400 Independence Ave SW
WASHINGTON, DC, US, 20250

**Shipper:**
ALISIA KAPPS, CAPITOL PROCESS SERVICES
1827 18th St Nw
WASHINGTON, DC, US, 20009



T. PETTIS
#17, 12:43, 4 Del, 0 NonDel

Thank you for choosing FedEx