### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00097-MSM-PAS |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs file this notice to inform the Court of the recent relevant decision granting a temporary restraining order in *Maine v. Department of Agriculture*, No. 25-cv-131, 2025 WL 1088946 (D. Maine Apr. 11, 2025).

In *Maine*, the state sought a temporary restraining order enjoining the Department of Agriculture "from terminating, freezing, or otherwise interfering with the State's access to federal funds based on alleged Title IX violations without following the process required by federal statute." 2025 WL 1088946, at *1. As in this case, the government argued that the federal district court lacked jurisdiction under the Supreme Court's recent stay opinion in *Department of Education v. California*. The district court rejected that argument, explaining that although "a decision in the Plaintiff's favor will likely result in 'the payment of money by the Federal Government to the State,' 'this outcome is a mere by-product'" of the court's review for APA compliance, and that the *California* stay opinion "does not change the

1

Court's determination that it is a proper forum for this dispute under the APA." *Id.* at \*19 & n.8 (quoting *Bowen v. Massachusetts*, 487 U.S. 879, 909–10 (1988)).

| | |
|---|---|
| Dated:  April 12, 2025 | Respectfully submitted, |
| | <u>/s/ Miriam Weizenbaum</u> |
| | Miriam Weizenbaum (RI Bar No. 5182)<br>DeLuca, Weizenbaum, Barry & Revens<br>199 North Main Street<br>Providence, RI 02903<br>(401) 453-1500<br>miriam@dwbrlaw.com |
| | Kevin E. Friedl\* (Admitted only in New York; practice supervised by DC Bar members)<br>Jessica Anne Morton\* (DC Bar No. 1032316)<br>Robin F. Thurston\* (DC Bar No. 1531399)<br>Skye L. Perryman\* (DC Bar No. 984573)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>kfriedl@democracyforward.org<br>jmorton@democracyforward.org<br>rthurston@democracyforward.org<br>sperryman@democracyforward.org |
| | \* admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

On April 12, 2025, I caused the foregoing and accompanying materials to be served on all Defendants through the CM/ECF system.

/s/ Miriam Weizenbaum
Miriam Weizenbaum
