IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WOONASQUATUCKET RIVER
WATERSHED COUNCIL, *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF
AGRICULTURE, *et al.*,

*Defendants*.

Case No. 1:25-cv-00097-MSM-PAS

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs file this notice to inform the Court of the recent relevant decision denying the defendants' motion for reconsideration in *New York v. Trump*, No. 25-cv-39, Dkt. No. 182 (D.R.I. Apr. 14, 2025), attached here.

In *New York*, the federal district court had previously granted the plaintiff states' motion for enforcement of its preliminary injunction after finding that one of the defendants, the Federal Emergency Management Agency, was implementing a manual review process that violated the preliminary injunction. Dkt. No. 182, at 4. The defendants sought reconsideration, arguing that the district court lacked jurisdiction under the Supreme Court's recent stay opinion in *Department of Education v. California*. *See id.* The district court rejected that argument, explaining that, unlike in *California*, "the terms and conditions of each individual grant that the States receive from the Agency Defendants *are not at issue*. Rather, this case deals with the Agency Defendants' implementation of a broad, categorical freeze on

1

obligated funds *pending* determinations on whether it is lawful to end disbursements of such funds." *Id.* at 6 (emphasis in original). "Therefore," the court concluded, its "orders addressing the categorical funding freeze were *not* enforcing a contractual obligation to pay money." *Id.* at 6–7 (emphasis in original); *see also id.* at 7 n.2.

Dated: April 14, 2025      Respectfully submitted,

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (Admitted only in New York; practice supervised by DC Bar members)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On April 14, 2025, I caused the foregoing and accompanying materials to be served on all Defendants through the CM/ECF system.

/s/ Miriam Weizenbaum
Miriam Weizenbaum