An official website of the United States government  Here's how you know

⚠ | **Subaward Reporting is live on SAM.gov**  Show Details
*Mar 8, 2025* |  | **See All Alerts**

**Entity Validation**  Show Details
*Feb 4, 2025* | 

 SAM.GOV® | ←

Home    Search    Data Bank    Data Services    Help



📰 Follow

# Notice of Court Order 1:25-cv-00097-MSM-PAS

○ **ACTIVE**                                          Contract Opportunity

**Notice ID**
125cv00097MSMPAS

**Related Notice**

**Department/Ind. Agency**
ENERGY, DEPARTMENT OF
**Sub-tier**
ENERGY, DEPARTMENT OF

# General Information

**Contract Opportunity Type:** Special Notice (Original)

**Original Published Date:** Apr 16, 2025 09:58 am EDT
**Original Response Date:** Jul 16, 2025 02:00 pm EDT
**Inactive Policy:** 15 days after response date
**Original Inactive Date:** Jul 31, 2025
**Initiative:**

## Classification

**Original Set Aside:**
**Product Service Code:**
**NAICS Code:**
**Place of Performance:**

## Description

As required by the order, the Department of Energy is providing notice of this court order to all grantees who have been awarded funds under the Inflation Reduction Act or the Infrastructure Investment and Jobs Act. Please see the attachment for more information.

## Attachments/Links

 Download All Attachments/Links

### Attachments

| Document | File Size | Access | Updated Date |
|---|---|---|---|
|  | 230 KB | 🔓 **Public** | Apr 16, 2025 |
| 45 - Order Granting Prelim Inj.pdf ↗ | | | |

# Contact Information

## Primary Point of Contact

## Secondary Point of Contact

# History

**Apr 16, 2025 09:58 am EDT**
Special Notice (Original)



**Feedback**

**Our Website**

About This Site

**Our Partners**

Our Community

Release Notes

System Alerts

**Policies**

Terms of Use

Privacy Policy

Restricted Data Use

Freedom of Information Act

Accessibility

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

**Customer Service**

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov

An official website of the U.S. General Services Administration