# EXHIBIT 1



## Fwd: Notification of Award: Grant ███████████████████

**Simms, Vanessa** ██████████ @epa.gov>                                    Fri, Apr 18, 2025 at ███ AM
To: ████████████
Cc: "Burney, Jacob" ██████████ @epa.gov>, "Park, Susan" ████████ @epa.gov>

Good morning ████

As with any change in Administration, the agency is reviewing its awarded grants to ensure each is an appropriate use of taxpayer dollars and to understand how those programs align with Administration priorities. The agency's review is ongoing for this grant.

Kind regards,

Vanessa

--

## *Vanessa Simms*

Program Manager

Grants Management Division

Office of Community Support

Office of Environmental Justice and External Civil Rights

US Environmental Protection Agency
1200 Pennsylvania Avenue, NW  |  Washington, DC 20460

Office ██████████  |  Cell ████████

████████████ @epa.gov

*Check out some of the great work communities have done with EJ grant funding in this interactive EJ Grants and Communities Story Map!*

*For Environmental Justice grant programs, funding opportunities, and assistance information:*

**https://www.epa.gov/environmentaljustice/environmental-justice-grants-and-resources**

*For up-to-date information about Environmental Justice funding opportunities, events, and webinars, subscribe to EPA's Environmental Justice listserv by sending a blank email to: join-epa-ej@lists.epa.gov*

[Quoted text hidden]