# EXHIBIT 3

**DEMOCRACY FORWARD**                                                                 Jessica Morton ▉

# Fwd: ASAP Status as of today ▉
2 messages

▉                                                                                     Sat, Apr 19, 2025 at 4:24 PM
To: Kevin Friedl ▉ , Jessica Morton ▉



---------- Forwarded message ---------
From: ▉
Date: Sat, Apr 19, 2025 at 2:15 PM
Subject: ASAP Status as of today ▉
To: ▉

Still not being processed :(.

Your criteria matched 1 pending payment request(s).

| Recipient : | ▉ |
|---|---|
| Federal Agency : DEPARTMENT OF THE INTERIOR | ▉ |

| Select | Entry Date and Time | Requested Settlement Date | Requestor Reference Number | Total Amount Requested | Items | Payment Request Status |
|---|---|---|---|---|---|---|
| ○ | 03/19/2025 17:11 | 03/20/2025 | | ▉ | 1 | Holding for Agency review |

## Account Profile

| | |
|---:|---|
| Agency Location Code/Region : | ▉ |
| Federal Agency Name : | DEPARTMENT OF THE INTERIOR |
| Recipient ID : | ▉ |
| Recipient Organization Name : | ▉ |
| Requestor ID : | ▉ |
| Account ID : | ▉ |
| Account Type : | Regular Account |

| | |
|---:|:---|
| Account Description : | |
| TAS Distribution Method : | Percentage By Account |
| Group ID : | |
| Account Status : | Open |
| Create Date : | /2023 |
| Begin Date : | /2023 |
| Performance Period End Date : | /2027 |
| End Date : | 2027 |
| Allow Book Entry Adjustments : | No |
| Allow Warehoused Payments : | No |
| Grant (Y/N) : | Yes |
| FAIN : | |
| CFDA Number : | |
| CMIA Indicator : | No |
| Funding Technique : | |
| Total Estimated Grant Amount : | $740,000.00 |
| Cumulative Authorized Amount : | $740,000.00 |
| Available Balance : | $540,000.00 |
| Cumulative Authorized Amount Reset Period : | |
| Annual Reset Month : | |
| Maximum Daily Draw Amount : | $0.00 |
| Maximum Monthly Draw Amount : | $0.00 |
| Maximum Quarterly Draw Amount : | $0.00 |
| Maximum Total Draw Amount : | $0.00 |
| Rollover Reset Quarter : | |
| Automated Renewal Period : | |
| Automated Renewal Amount : | $0.00 |
| Agency Review : | Yes |
| Threshold Amount : | $1.00 |
| Default Action : | Hold |
| Reason for Review : | BIL/IRA HOLD |

