# EXHIBIT 2

**DEMOCRACY FORWARD** 

Kevin Friedl <​███████████████████████>

---

## Fw: IMPORTANT UPDATE! Expeditiously Closing on GRRP Grant Awarded to Codman Square Neighborhood Development Corp

**Gail Latimore** <​███@csndc.com>      Wed, Apr 23, 2025 at 7:06 AM
To: Jessica Morton <​████████████████████████​>, Kevin Friedl <​███████████████████​>
Cc: ███████████ <​████@csndc.com>

[redacted]

Gail Latimore

Executive Director

Codman Square NDC

[redacted]

[redacted]

[redacted]

[redacted]csndc.com

---

**From:** Davis, Thomas R <​████████████@hud.gov>
**Sent:** Tuesday, April 22, 2025 5:37 PM
**To:** Gail Latimore <​███████csndc.com>
**Cc:** Pelletiere, Danilo <​████████████@hud.gov>; Molseed, Sarah L <​███████████████@hud.gov>
**Subject:** RE: <External Message> Expeditiously Closing on GRRP Grant Awarded to Codman Square Neighborhood Development Corp

Dear Ms. Latimore,

Thanks for reaching out.  We will have the award moved to the next stage in the Greenlight portal on Wednesday, April 23.  Please be prepared to upload into Greenlight the documents listed on the Closing Checklist attached to your award letter as soon as you are able beginning Thursday morning.  You are correct that is the key next step.  Please note that Cindy is no longer part of the Office of Recapitalization, so to the extent you have challenges doing so, please contact Danilo, Sarah, or I.  Once HUD has reviewed the uploaded documents, we will circle back with you regarding any open questions, or any missing materials called for in the GRRP Notice.

Thanks very much,

Tom

Thomas R. Davis

Director, Office of Recapitalization

█████████@HUD.gov

█████████ (office)

█████████ (mobile)

---

**From:** Gail Latimore █████████@csndc.com>
**Sent:** Tuesday, April 22, 2025 12:09 PM
**To:** Davis, Thomas R <█████████@hud.gov>
**Cc:** Pelletiere, Danilo <█████████@hud.gov>; Onyekwere, Cindy O <█████████@hud.gov>
**Subject:** <External Message> Expeditiously Closing on GRRP Grant Awarded to Codman Square Neighborhood Development Corp

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to █████████@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Dear Director Davis. I am the Executive Director of Codman Square Neighborhood Development Corp (CSNDC) and the authorized signatory on the Green & Resilient Retrofit Program (GRRP) grant that HUD awarded to Codman Square NDC in November 2024 (Grant Number █████████). This grant was awarded pursuant to the Notice of Funding Opportunity # FR6700-N-91A.

For the past 2+ months, CSNDC has been trying to close on this grant and is poised to provide the necessary documents and approvals to HUD to close as soon as possible so that we may move forward with disbursement of the award and making the much-needed capital upgrades to our Talbot Bernard Senior housing development to which the grant applies.

As we understand it, the closing and subsequent distribution/draw down on Codman Square NDC's GRRP grant award was paused based on HUD's review of a particular Executive Order(s). As you may know, on April 15, 2025, the federal court issued a preliminary injunction related to the pause/freeze on processing and funding of IRA related grant awards, including grants awarded under the Green & Resilient Retrofit Program (GRRP).

We therefore are asking HUD to expedite the processing and closing of Codman Square NDC's GRRP grant award.

It is our understanding that the next step in the closing process is for HUD staff to complete the 'Review Award Letter' step in HUD's Greenlight portal. Until HUD takes this action in the HUD Greenlight portal, we are unable to upload the documents on the Closing Checklist for our GRRP grant into the Greenlight portal. So please have the HUD staff take this and all other steps necessary to 'reactivate' and process Codman Square NDC's GRRP grant in the HUD Greenlight portal and otherwise as appropriate.

4/23/25, 10:23 AM	Democracy Forward Mail - Fw: IMPORTANT UPDATE: Expeditiously Closing out GRRP Grant awarded to Codman Square Neighb…

Case 1:25-cv-00097-MSM-PAS   Document 50-2   Filed 04/23/25   Page 4 of 4 PageID #: 956

**In the meantime, Codman Square NDC representatives will send the Closing Checklist documents and approvals that we have in hand, to our Program Officer, Cindy Onyekwere via email in an effort to advance this grant to closing.**

Please let us know If we have properly understood the next steps to close this grant. Also let us know what else HUD requires of Codman Square Neighborhood Development Corp to move the grant closing and fund disbursement process to fruition.

Gail Latimore

Executive Director

Codman Square NDC



@csndc.com