# EXHIBIT 1

**DEMOCRACY FORWARD**    Kevin Friedl ███████@democracyforward.org>

## Fwd: New: Update on IRA and IIJA Payments

**Sara Churgin** ███████████████████████    Thu, Apr 24, 2025 at 1:30 PM
To: Jessica Morton █████████@democracyforward.org>, Kevin Friedl ████████@democracyforward.org>

Here you go.

---------- Forwarded message ---------
From: **VelezDiaz, Brunilda - FPAC-NRCS, RI** ███████████@usda.gov>
Date: Thu, Apr 24, 2025 at 10:44 AM
Subject: New: Update on IRA and IIJA Payments

Good morning,

Yesterday we received additional guidance from NHQ regarding IRA and IIJA Payments that may be of interest to you. It is my current understanding that because of a preliminary injunction we have received approvals to resume IRA and IIJA Payments. This includes both pending payments already submitted by the recipients and any new payment claims moving forward.

The RC office sent clarification to States on the impact of this on IRA and IIJA payment processing. The direction provided is that we will pay all outstanding contracts for the life of the contract for all funding sources. This includes both pending payments already submitted by the recipients and any new payment claims moving forward.

If your organization currently has claims submitted via ServiceNow or ezFedGrants to the Grants and Agreements Division, they should have been assigned to the State Grants Management Specialists (GMS) for processing. As of 4/23/2025, Grants and Agreement Division (GAD) will be making all payments related to IRA and IIJA and <u>no funds are being held at this time</u>.

The using of IRA and IIJA funds applies to the payment of **previously approved contracts, grants, and agreements**. <u>There is no authority to enter new obligations, contracts, grants, or agreements using IRA and IIJA funds.</u>

This includes all existing IRA-funded agreements (eg adding 'boots on the ground' capacity). Per the current guidance, they can move forward unencumbered as long as they otherwise comply with EO and other guidance.

IRA-funded RCPP projects that **do not yet have an executed agreement** (we have one project in RI) **in place should remain paused**. We are still unable to execute any new obligations with IRA funding at this time, this includes both IRA funded supplemental agreements and IRA funded **RCPP producer contracts**. (i.e., those contracts to close on parcels for US-held projects)

Additionally, IRA-funded ACEP projects should proceed as well as all IIJA projects. However, **we still cannot do new direct payment contracts with farmers using IRA monies** (EQIP, CSP, ACEP).

**This situation remains fluid**, my recommendation continues to keep communicating often with your POCs in the RI. Specially ahead of large transactions to make sure there are no surprises.

Please let me know if you have any additional questions or need additional information.

As we learn of any changes to this current posture, we will notify you.

Brunilda Velez Diaz

*Acting State Conservationist*
Rhode Island | Programs Team



RI Natural Resources Conservation Service

p:                     | c:

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--
Sara Churgin
Pronouns (she/her/hers)
*District Manager, Eastern RI Conservation District*
*Project Coordinator, Rhode Island State Conservation Committee*
*Leadership Committee, Rhode Island Green Infrastructure Coalition*
email:
phone:
cell: