UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's preliminary injunction, as set forth in the Memorandum and Order dated April 15, 2025 and docketed at ECF No. 45.

Dated: April 30, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

DANIEL SCHWEI
Special Counsel

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
ANDREW F. FREIDAH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

-1-

-2-

        1100 L Street NW
        Washington, DC 20005
        Tel.:    (202) 353-5525
        Email:   eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

-3-

## CERTIFICATION OF SERVICE

    I hereby certify that on April 30, 2025, I electronically filed the within Certification with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System, thereby serving it on all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 305.


                                            /s/ *Eitan R. Sirkovich*
                                            Eitan R. Sirkovich