UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 206(d)(1), undersigned counsel, Daniel Schwei, respectfully withdraws his entry of appearance as counsel for Defendants. Mr. Schwei's last day of employment with the Department of Justice is June 6, 2025. Andrew Freidah and Eitan Sirkovich will continue to represent Defendants in this matter.

Dated: June 5, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:   (202) 305-8693

-1-

-2-

        Fax:   (202) 616-8460
        Email:   daniel.s.schwei@usdoj.gov

Case 1:25-cv-00097-MSM-PAS   Document 73   Filed 06/05/25   Page 2 of 3 PageID #: 1334

-2-

-3-

## CERTIFICATION OF SERVICE

      I hereby certify that on June 5, 2025, I electronically filed the within Certification with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System, thereby serving it on all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 305.

      /s/ *Daniel Schwei*
      Daniel Schwei