UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

### NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD

The undersigned counsel hereby certifies that the administrative record was served directly upon Plaintiffs' counsel via box.com, a cloud-based content management and file-sharing platform, on June 25, 2025.

Dated: June 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

JOSEPH BORSON
Assistant Director, Federal Programs Branch

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
ANDREW F. FREIDAH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov