# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WOONASQUATUCKET RIVER
WASHERSHED COUNCIL, *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF
AGRICULTURE, *et al.*,

*Defendants*.

Case No. 1:25-cv-00097-MSM-PAS

## **CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully request a two-week extension of time—until July 23, 2025—to submit any requests for additional discovery. Defendants consent to this request.

By minute order of May 30, the Court directed Defendants to produce the administrative record for this case by June 25 and Plaintiffs to submit any requests for additional discovery by July 9. Defendants produced materials to Plaintiffs on June 25, *see* Defs.' Notice, ECF No. 74, but review of those materials identified shortcomings in the records tendered by EPA and HUD that have caused those two agencies to undertake supplemental searches for relevant documents. Counsel for Plaintiffs understands that these searches are currently ongoing.

Because it is uncertain whether EPA's and HUD's supplemental productions will be completed in time for Plaintiffs to review any newly produced materials prior to the July 9 deadline, Plaintiffs respectfully request a two-week extension.

1

Dated: July 7, 2025						Respectfully submitted,

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On July 7, 2025, I caused the foregoing and accompanying materials to be served on all Defendants through the CM/ECF system.

<u>/s/ Miriam Weizenbaum</u>
Miriam Weizenbaum