UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

Pursuant to the Court's Minute Entry of August 13, 2025, Defendants report that the Department of Housing and Urban Development ("HUD") is in the process of amending the Green and Resilient Retrofit Program's ("GRRP") requirements set forth in Housing Notice 2023-05, as amended by Housing Notice 2024-01, *see* Ex. A, ECF No. 80-1, to modify the requirement that awardees coordinate with Multifamily Assessment Contractors ("MACs"). Since the parties' last joint status report, the Office of Recapitalization (a subcomponent of the Office of Housing) received comments from the Office of Housing political leadership team regarding the proposed text and revised the draft in response to this leadership review. The revised draft Notice and associated forms were then prepared for the Departmental clearance process. The Office of Housing submitted the draft into Departmental clearance today, September 10, 2025. The HUD offices involved in the clearance process have been directed to provide any feedback by September 24, 2025; however, it is not

unusual for the feedback deadline to be extended a week if an office requests extra time.

*Report from Plaintiffs*

Plaintiffs still have seen no indication that Defendants have resumed processing Comprehensive awards under the GRRP, and all of the real-world impacts of HUD's continued freeze of those awards continue unabated. Plaintiffs believe that biweekly status reports continue to be necessary and appropriate here, particularly to confirm that the Departmental clearance process has concluded. Plaintiffs likewise note that HUD has still not stated whether it intends to share the draft amendment with the Office of Management and Budget, and how that may affect the overall timeline for coming into compliance with this Court's order, *see* ECF No. 83, at 2, nor whether any additional steps would remain after the process it identifies in today's update. A date certain for complete compliance and a clear, comprehensive timeline would aid Plaintiffs and this Court in assuring HUD is not slow-walking its compliance.

Dated: September 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON

Assistant Director
Civil Division, Federal Programs Branch

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*