UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

Pursuant to the Court's Minute Entry of August 13, 2025, Defendants report that the Department of Housing and Urban Development ("HUD") remains in the process of amending the Green and Resilient Retrofit Program's ("GRRP") requirements set forth in Housing Notice 2023-05, as amended by Housing Notice 2024-01, *see* Ex. A, ECF No. 80-1, to modify the requirement that awardees coordinate with Multifamily Assessment Contractors ("MACs").

As reported previously, the Office of Housing submitted the draft Notice into the Departmental clearance process on September 10 and the deadline for comments was October 1, 2025. At midnight on September 30, however, the Federal Government's spending authority expired, most HUD staff were placed on furlough status, and nearly all HUD activities were suspended. Work on clearance reviews is suspended in the ordinary course of activity during a lapse in appropriations. Consistent with the ordinary course of activity across the

Department, the clearance process on the revised Notice has not advanced due to the furlough. The Office of Recapitalization did not receive the clearance comments from commenting offices prior to the lapse in appropriations. The Office of Recapitalization anticipates receiving those comments within a day or two after the current lapse in appropriations concludes.

*Report from Plaintiffs*

Defendants' report again confirms HUD's unilateral decision to cease taking steps to resume the processing and payment of Comprehensive GRRP awards, in contravention of the Court's order of April 15, ECF No. 45, its direction at the status conference of August 12, 2025, and its order denying a stay, Text Order of October 10, 2025. As Plaintiffs have shown, that ongoing noncompliance is causing ongoing irreparable harm, including to the vulnerable seniors who are slated to benefit from these awards. For all the reasons set out in Plaintiffs' pending motion to enforce, ECF No. 92, the Court should take immediate steps to ensure compliance with its orders.

Dated: October 22, 2025               Respectfully submitted,

                                      BRETT A. SHUMATE
                                      Assistant Attorney General
                                      Civil Division

                                      ALEXANDER K. HAAS
                                      Director
                                      Civil Division, Federal Programs Branch

                                      JOSEPH BORSON
                                      Assistant Director
                                      Civil Division, Federal Programs Branch

<p style="text-align: right;">

*/s/ Christopher M. Lynch*
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-4537
Email: christopher.m.lynch@usdoj.gov

*Counsel for Defendants*

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*