UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

### JOINT STATUS REPORT

*Report from Defendants*

Defendants submit the status report pursuant to the Court's Minute Entry of August 13, 2025, as well as the Court's Text Order of November 4, 2025. Since the Joint Status Report submitted on December 3, HUD has passed a significant milestone in the review of the draft revised Notice as HUD has completed its internal clearance process, and the document has been sent to OMB for review.

HUD's Office of General Counsel's Office of Legislation and Regulations reviewed the content of the revised Notice and determined that the revisions do reflect policy determinations. Consequently, consistent with longstanding practice, the Executive Office of the President, acting through the Office of Management and Budget, was provided the opportunity to request that they review the document. HUD provided a brief description of the proposed changes in the revised Notice to OMB, and on December 8, OMB informed HUD that OMB did want to review the document following completion of the internal HUD clearance. Coincidentally, also

on December 8, the Office of Recapitalization received notification that all internal HUD clearance approvals of the draft revised Notice, including clearance from the Offices of the Secretary and the Deputy Secretary, had been completed. HUD transmitted the most current version of the draft revised Notice, as cleared through the Departmental clearance process, to OMB by the end of the next day, December 9. Also on December 9, Office of Recapitalization staff received confirmation from the assigned examiner at OMB that she had the document for review and noted that she would conduct her review promptly. She noted that after her review she would need to brief her leadership chain on the contents of the draft revised Notice and solicit their input before she would be able to share OMB's comments. HUD is currently waiting to receive OMB's comments.

*Report from Plaintiffs*

Eight months since the Court entered its original order, HUD remains out of compliance—and still is not able to even set a clear time by which it will come into compliance. In the meantime, significant and irreparable harms continue to accrue. HUD offers no response, including with respect to the cascading consequences for properties using combined preservation strategies. *See* Dkt. 99.

HUD now reports that the notice has been sent to OMB but provides no substantive explanation why that was necessary. Given that OMB is also a defendant in this case, the government should be able to provide information about the expected timeline for OMB's review, but has not done so. OMB, like HUD, should not be

permitted to "slow walk" this process, compounding harm in the process. *See* Tr. of Aug. 13, 2025 Status Conf. at 15–16.

Dated: December 17, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)

-3-

        Jessica Anne Morton* (DC Bar No. 1032316)
        Robin F. Thurston* (DC Bar No. 1531399)
        Skye L. Perryman* (DC Bar No. 984573)
        Democracy Forward Foundation
        P.O. Box 34553
        Washington, DC 20043
        (202) 448-9090
        kfriedl@democracyforward.org
        jmorton@democracyforward.org
        rthurston@democracyforward.org
        sperryman@democracyforward.org

        * admitted *pro hac vice*

        *Counsel for Plaintiffs*