UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>     Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 206(d)(1), undersigned counsel, Andrew F. Freidah, respectfully withdraws his entry of appearance as counsel for Defendants. Mr. Freidah's last day of employment with the Department of Justice is February 13, 2026. Eitan Sirkovich and Christopher Lynch will continue to represent Defendants in this matter.

Dated: February 7, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Andrew F. Freidah*
ANDREW F. FREIDAH
Senior Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0879
Email: andrew.f.freidah@usdoj.gov

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

    I hereby certify that on February 7, 2026, I electronically filed the within Certification with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System, thereby serving it on all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 305.

                                    /s/ *Andrew F. Freidah*
                                    ANDREW F. FREIDAH