UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**DEFENDANTS' MOTION TO STAY THE PARTIES' BIWEEKLY REPORTING OBLIGATIONS**

As reported in the Joint Status Report of January 28, 2026, ECF No. 104 ("JSR"), the Department of Housing and Urban Development ("HUD") has completed the amendment process for the Green and Resilient Retrofit Program's ("GRRP") "Comprehensive" funding stream, and the signed Housing Notice 2026-01 has been published. *See* https://www.hud.gov/sites/default/files/hudclips/documents/2026-01hsng.pdf. There is no longer any impediment to the processing of Comprehensive Awards. *See* JSR at 2. Accordingly, Defendants respectfully request that the Court stay the Parties' biweekly reporting requirement it previously ordered. *See* Minute Entry of August 13, 2025. The Parties have conferred, and Plaintiffs oppose this motion.

"[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."

*Dietz v. Bouldin*, 579 U.S. 40, 47 (2016).  They "possess wide latitude in the exercise of their case-management authority . . . and [appellate courts] review such decisions only for 'clear abuse of discretion.'"  *Rivera-Aponte v. Gomez Bus Line, Inc.,* 62 F.4th 1, 7 (1st Cir. 2023) (quoting *Tubens v. Doe*, 976 F.3d 101, 107 (1st Cir. 2020)).  Thus, the only consideration for this Court is whether it still requires regular, biweekly updates to resolve its questions and concerns about "where we are in the process of restarting [GRRP] funding."  Tr. of Aug. 13 Status Conference at 26.

GRRP funding is available to be disbursed to awardees as soon as they complete their individual housing assessments and fulfill any other programmatic requirements.  *See* JSR at 2.  Thus, funding for the Comprehensive stream is now in the same processing position as the other two GRRP funding streams, which Plaintiffs have acknowledged are not frozen.  *See* Plaintiffs' Fourth Status Rep., ECF No. 78 at 2 (Aug. 7, 2025).  HUD is not positioned to know how individual awardees' housing assessments are proceeding until they are submitted to HUD for review, thus there will be limited information of value for it to report on a biweekly basis.  Based on the Parties' conferral, Plaintiffs seem concerned that awarded funding may not be disbursed following awardees' completion of the programmatic requirements; however, there is no reason to suspect that funds will not continue to flow in the same manner they have under the other GRRP award streams.  Furthermore, to the extent any problems may arise, the Parties have been successful in cooperatively resolving such issues without the need for the Court's intervention; Defendants see no reason that pattern would not continue with respect to these awards.

Because the amended Housing Notice has been published and funds are now processing as normal, the biweekly reporting requirement has become unnecessary and unproductive, therefore Defendants respectfully request the Court stay the biweekly reporting requirement.

Dated: February 9, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*