UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

As previously reported, HUD's amended Housing Notice 2026-01 has been published and GRRP Comprehensive funds are available for disbursement to awardees upon completion of the programmatic requirements, including the individual housing assessment. HUD has scheduled webinars to provide training to GRRP award recipients on the updated Notice. The first webinar took place on February 10. The webinar for Comprehensive awardees is scheduled for February 19. HUD has also scheduled office hours to address awardees' questions weekly on Wednesdays running from February 25 through March 25. Questions can also be addressed to GRRP@HUD.gov, which is actively monitored. Defendants have no additional updates.

*Report from Plaintiffs*

Plaintiffs previously described the timing crisis for awardees that has been

created by HUD's choice not to promptly come into compliance with the Court's order granting preliminary relief and to instead spend months making unrelated discretionary policy changes to GRRP. ECF No. 104 at 5 & n.2. Defendants' delay means that, under current program requirements, it will be difficult for recipients to meet the statutory deadline for disbursement of funds. *Id.*

Defendants' update does not reflect that HUD has taken any steps to ameliorate that timing crisis, and does not even acknowledge the problem. Nor does it address—let alone try to defend—HUD's decision to delay taking steps to come into compliance in order to make unrelated policy changes to GRRP, a decision that, as Plaintiffs have explained, *id.* at 6, may justify further proceedings to investigate whether sanctions or a contempt inquiry are appropriate.

In future reports, Defendants should address these points. Defendants should also provide information about any additional steps they have taken to assist awardees to successfully close on their loans and to adjust to the changes in program requirements (including the dramatic change of open awards from grants to loans) that HUD has seen fit to impose at this late date. Because this Court originally ordered the parties to file joint status reports in order to know "where we are in the process of restarting [GRRP Comprehensive] funding" and "complying with [the Court's] order," Tr. of Aug. 13, 2025 Status Conf. at 26–27, it is particularly important that the government indicate in future reports whether and when Comprehensive funding has actually begun to be disbursed.

Dated: February 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

<u>*/s/ Eitan Sirkovich*</u>
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

<u>/s/ Miriam Weizenbaum</u>

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

-3-

(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

\* admitted *pro hac vice*

*Counsel for Plaintiffs*