UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WOONASQUATUCKET RIVER
WATERSHED COUNCIL, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF AGRICULTURE,
*et al.*,

Defendants.

Civil Action No. 1:25-cv-97 (MSM)

**JOINT STATUS REPORT**

*Report from Defendants*

In the last few weeks, HUD has held GRRP office hours on February 25, March 4, and March 11. HUD continues to review, close, and disburse funds for Elements and Leading Edge awardees. In addition to working with Elements and Leading Edge awardees that have submitted due diligence materials for review, HUD has responded to pre-submission inquiries from awardees including Comprehensive awardees. In particular, HUD has helped Comprehensive awardees work through transaction planning questions related to implementation of their Comprehensive awards. Finally, HUD continues to work on drafting technical assistance guidance documents to assist all awardees make progress implementing their awards.

*Report from Plaintiffs*

Defendants' report indicates that HUD has closed and disbursed funds on two categories of GRRP awards (Elements and Leading Edge) but not on the third category of awards (Comprehensive) that have been stymied since last year by HUD's

-1-

ill-considered decision to terminate the third-party contractors previously involved in closing these awards. Because the Court ordered these status reports in order to know "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order," Tr. of Aug. 13, 2025 Status Conf. at 26–27, Plaintiffs' reiterate the importance of the government indicating in future reports whether and when Comprehensive funding has actually begun to be disbursed.


Dated: March 11, 2026                    Respectfully submitted,

                                         BRETT A. SHUMATE
                                         Assistant Attorney General
                                         Civil Division

                                         ALEXANDER K. HAAS
                                         Director
                                         Civil Division, Federal Programs Branch

                                         JOSEPH BORSON
                                         Assistant Director
                                         Civil Division, Federal Programs Branch

                                         */s/ Eitan Sirkovich*
                                         EITAN R. SIRKOVICH
                                         CHRISTOPHER M. LYNCH
                                         Trial Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street NW
                                         Washington, DC 20530
                                         Tel.: (202) 353-5525
                                         Email: eitan.r.sirkovich@usdoj.gov

                                         *Counsel for Defendants*

                                         /s/ Miriam Weizenbaum

                                         Miriam Weizenbaum (RI Bar No. 5182)

DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*