UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WOONASQUATUCKET RIVER
WATERSHED COUNCIL, *et al.*,

Plaintiffs,

v.

Civil Action No. 1:25-cv-97 (MSM)

DEPARTMENT OF AGRICULTURE, *et al.*,

Defendants.

**JOINT STATUS REPORT**

The Parties submit this joint status report pursuant to the Court's Text Order of May 30, 2025, staying this case in part pending the resolution of the appeal in *New York v. Trump*, No. 25-1236 (1st Cir.). On March 16, 2026, the First Circuit issued its opinion and order affirming the *New York* district court's decision in part and vacating it in part. The opinion and order are attached as exhibits to this status report. Following the decision, the Parties conferred via email about how the present matter should proceed. The Parties agreed that it would be most efficient for the Parties and the Court to continue the stay in this case until the First Circuit resolves the pending appeal of the preliminary relief in this matter, as it will provide more context-specific guidance relevant to resolving the issues remaining before the Court.

-1-

Dated: March 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ Miriam Weizenbaum


Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

-2-

-3-

kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

\* admitted *pro hac vice*

*Counsel for Plaintiffs*