UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

In the last few weeks, HUD has held GRRP office hours on March 11 and March 25. HUD continues to review, close, and disburse funds for Elements and Leading Edge awardees. In addition to working with Elements and Leading Edge awardees that have submitted due diligence materials for review, HUD has responded to pre-submission inquiries from awardees, including Comprehensive awardees. In particular, HUD has helped Comprehensive awardees work through transaction planning questions related to implementation of their Comprehensive awards. Finally, HUD published a technical assistance resource that provides owners with additional information regarding the Comprehensive property assessment process. HUD is currently working on technical assistance guidance documents to assist owners with developing their scopes of work and transaction plans.

*Report from Plaintiffs*

-1-

Defendants' report again indicates that HUD has closed and disbursed funds on two categories of GRRP awards (Elements and Leading Edge) but not on the third category of awards (Comprehensive) that have been effectively frozen since last year. Because the Court ordered these status reports in order to know "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order," Tr. of Aug. 13, 2025 Status Conf. at 26–27, Plaintiffs' reiterate the importance of the government indicating in future reports whether and when Comprehensive funding has actually begun to be disbursed.

Dated: March 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

-2-

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*

-3-