UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

In the last few weeks, HUD held GRRP office hours on March 25 and continues to review, close, and disburse funds for Elements and Leading Edge awardees. In addition to working with Elements and Leading Edge awardees that have submitted due diligence materials for review, HUD has responded to pre-submission inquiries from awardees, including Comprehensive awardees. In particular, HUD has helped Comprehensive awardees work through transaction planning questions related to implementation of their Comprehensive awards. Based on attendance trends at the GRRP office hours over the last several weeks and based on observations regarding program participants' needs, HUD has decided to move the office hours to a monthly cadence with thematic training at the beginning of each session. The anticipated upcoming sessions are on May 6, with a focus on development of the Comprehensive awardees' scopes of work, June 3 with a focus on funding allocations within the Comprehensive program requirements, and July 1 with a focus on cross-cutting

-1-

Federal requirements.  The topics have been chosen to be particularly relevant to Comprehensive awardees to facilitate their progress towards being able to draw funds.  HUD is working on technical assistance guidance documents to assist owners with developing their scopes of work and transaction plans.

*Report from Plaintiffs*

While Plaintiffs appreciate the government's updates on the technical assistance HUD is making available to grantees, such updates, without more, provide Plaintiffs, the public, and the Court with paltry information with which to evaluate "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order"—the intended purpose of these status reports. Tr. of Aug. 13, 2025 Status Conf. at 26–27.

In future reports, the government should indicate not only whether and when Comprehensive funding has actually begun to be disbursed, but should provide additional details as to the processing of those awards, including the number of such awards outstanding, the number for which the awardee is awaiting further action by HUD, and for how long any such awards have been awaiting further action by HUD.

Dated: April 8, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        ALEXANDER K. HAAS
                                        Director
                                        Civil Division, Federal Programs Branch

-2-

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ Miriam Weizenbaum


Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*

-3-