UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

HUD continues to review, close, and disburse funds for Elements and Leading Edge awardees, and work with awardees in all three cohorts to address pre-submission inquiries and process submissions.

Comprehensive awardees and HUD staff are working together to address transaction planning issues associated with the Comprehensive-funded property rehabilitations. HUD has fully restarted the Comprehensive process, which—as originally designed and as it remains following the Amended Housing Notice—requires significant steps before funding can be disbursed. HUD will promptly review any Comprehensive awardee's submission and will release funds following review and approval of the necessary submissions. Awardees are in control of their pace making progress on these steps, but given the significance of these construction planning activities, no awardee is likely to submit a construction draw request for some months. There are 101 Comprehensive awards outstanding. Only one has

submitted any materials for HUD review.  In that one case, they submitted their scope of work on May 5, 2026, and the scope of work was approved on May 14, 2026. Approval of the scope of work permits this awardee to assemble financing and submit the transaction plan and subsequently the closing documents for review, all of which must be approved before disbursement of funds.  HUD is again waiting for action by the awardee in all 101 award cases.  Currently, none of the 101 Comprehensive awardees are awaiting action by HUD.  In light of the ongoing nature of these activities and the dependence upon awardees to take the next steps, Defendants respectfully reiterate that they would be amenable to reducing the cadence of these reports to every four weeks.

HUD also continues working on technical assistance guidance documents and activities to assist owners with developing their scopes of work and transaction plans. The last GRRP office hours focused on assisting Comprehensive awardees develop their proposed scopes of work.  The next GRRP office hours, scheduled for June 3, will focus on how Comprehensive awardees translate the scope of work into funding allocations within the Comprehensive program requirements.  The subsequent office hours, scheduled for July 1, will focus on preparation of the Comprehensive transaction plan.  Discussion of the cross-cutting Federal requirements, originally planned for July 1, has been deferred to a later date.  The topics have been chosen to be particularly relevant to Comprehensive awardees to facilitate their progress towards requesting funds.

*Report from Plaintiffs*

Plaintiffs appreciate the government's latest update, which demonstrates the continuing value of these biweekly status reports and their importance to allowing the Court and Plaintiffs to understand "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order." Tr. of Aug. 13, 2025 Status Conf.

Dated: May 20, 2026                           Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              ALEXANDER K. HAAS
                                              Director
                                              Civil Division, Federal Programs Branch

                                              JOSEPH BORSON
                                              Assistant Director
                                              Civil Division, Federal Programs Branch

                                              */s/ Eitan Sirkovich*
                                              EITAN R. SIRKOVICH
                                              CHRISTOPHER M. LYNCH
                                              Trial Attorneys
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street NW
                                              Washington, DC 20530
                                              Tel.: (202) 353-5525
                                              Email: eitan.r.sirkovich@usdoj.gov

                                              *Counsel for Defendants*

                                              /s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*