UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

HUD continues to review, close, and disburse funds for Elements and Leading Edge awardees, and work with awardees in all three cohorts to address pre-submission inquiries and process submissions.

Comprehensive awardees and HUD staff are working together to address transaction planning issues associated with the Comprehensive-funded property rehabilitations. HUD has fully restarted the Comprehensive process which, as originally designed and as it remains in the Notice today, requires significant steps before funding can be disbursed. HUD will promptly review any Comprehensive awardee's submission and will release funds following review and approval of the necessary submissions. Awardees are in control of their pace making progress on these steps but given the significance of these construction planning activities, no awardee is likely to submit a construction draw request for some months. There are 101 Comprehensive awards outstanding. HUD is waiting for action by the awardee

in all 101 award cases.  Currently, none of the 101 Comprehensive awardees are awaiting action by HUD.

HUD continues working on technical assistance guidance documents and activities to assist owners with developing their scopes of work and transaction plans.  The GRRP office hours on June 3 expanded on the prior office hours discussion of the scope of work, focusing on how the recommendations from property assessments are integrated into the scope of work and on how Comprehensive awardees translate the scope of work into funding allocations within the Comprehensive program requirements.  Future office hours will focus on preparation of the Comprehensive transaction plan and cross-cutting Federal requirements.  The topics have been chosen to be particularly relevant to Comprehensive awardees to facilitate their progress towards requesting funds.

*Report from Plaintiffs*

Plaintiffs appreciate the government's latest update, which demonstrates the continuing value of these biweekly status reports and their importance to allowing the Court and Plaintiffs to understand "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order." Tr. of Aug. 13, 2025 Status Conf.

Dated: June 17, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE

Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
Chief Litigation Counsel, Federal Programs
Branch

EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-4537
Email: christopher.m.lynch@usdoj.gov

*Counsel for Defendants*

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

-3-

kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*