UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WOONASQUATUCKET RIVER
WATERSHED COUNCIL, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF AGRICULTURE,
*et al.*,

Defendants.

Civil Action No. 1:25-cv-97 (MSM)

**JOINT STATUS REPORT**

*Report from Defendants*

HUD continues to address pre-submission inquiries and to process submissions from awardees in all three cohorts and to disburse funds to Elements and Leading Edge awardees. Awardees control their progress toward disbursement. HUD has fully restarted the Comprehensive process, but none of the 101 Comprehensive awardees have reached a disbursement milestone. HUD is reviewing one Comprehensive scope of work submission and is in active discussion with the awardee regarding HUD's comments on one Comprehensive transaction plan submission. HUD is waiting for action by the awardee in the remaining 99 Comprehensive award cases. HUD continues working on technical assistance guidance documents, technical assistance activities, and monthly office hours to assist owners, with topics designed to facilitate Comprehensive awardees' progress towards requesting funds. Defendants respectfully reiterate their request to reduce the cadence of these reports to monthly rather than biweekly.

-1-

*Report from Plaintiffs*

Plaintiffs appreciate the government's latest update, including with respect to the Comprehensive awards that are currently awaiting action by HUD. Plaintiffs reiterate their view that the government should continue to provide such updates at least until such time as Comprehensive award funds are actually flowing to awardees, in order to allow the Court and Plaintiffs to understand "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order." Tr. of Aug. 13, 2025 Status Conf.

Dated: July 1, 2026                    Respectfully submitted,

                                       BRETT A. SHUMATE
                                       Assistant Attorney General
                                       Civil Division

                                       ALEXANDER K. HAAS
                                       Director
                                       Civil Division, Federal Programs Branch

                                       JOSEPH BORSON
                                       Assistant Director
                                       Civil Division, Federal Programs Branch

                                       */s/ Eitan Sirkovich*
                                       EITAN R. SIRKOVICH
                                       CHRISTOPHER M. LYNCH
                                       Trial Attorneys
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street NW
                                       Washington, DC 20530
                                       Tel.: (202) 353-5525
                                       Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*