UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

HUD continues to address pre-submission inquiries and to process submissions from awardees in all three cohorts and to disburse funds to Elements and Leading Edge awardees. Awardees control their progress toward disbursement. HUD has fully restarted the Comprehensive process, but none of the 101 Comprehensive awardees have reached a disbursement milestone. HUD is in active discussions regarding comments on one Comprehensive scope of work submission, has reviewed four Comprehensive scope of work submissions and provided comments to the awardees regarding missing items, and remains in active discussion with one awardee regarding HUD's comments on their Comprehensive transaction plan submission. HUD is waiting for action by the awardee in 99 of the Comprehensive award cases. HUD continues working on technical assistance guidance documents, technical assistance activities, and monthly office hours to assist owners, with topics designed to facilitate Comprehensive awardees' progress towards requesting funds.

*Report from Plaintiffs*

Plaintiffs appreciate the government's latest update, including with respect to the Comprehensive awards that are currently awaiting action by HUD.  Plaintiffs reiterate the view that these updates continue to be helpful in allowing the Court and Plaintiffs to understand "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order."  Tr. of Aug. 13, 2025 Status Conf.

Dated: July 15, 2026                          Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              ALEXANDER K. HAAS
                                              Director
                                              Civil Division, Federal Programs Branch

                                              JOSEPH BORSON
                                              Assistant Director
                                              Civil Division, Federal Programs Branch

                                              */s/ Eitan Sirkovich*
                                              EITAN R. SIRKOVICH
                                              CHRISTOPHER M. LYNCH
                                              Trial Attorneys
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street NW
                                              Washington, DC 20530
                                              Tel.: (202) 353-5525
                                              Email: eitan.r.sirkovich@usdoj.gov

                                              *Counsel for Defendants*

                                              /s/ *Miriam Weizenbaum*

                                              Miriam Weizenbaum (RI Bar No. 5182)

DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*

-3-