UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WOONASQUATUCKET RIVER
WATERSHED COUNCIL, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF AGRICULTURE,
*et al.*,

Defendants.

Civil Action No. 1:25-cv-97 (MSM)

**JOINT STATUS REPORT**

*Report from Defendants*

HUD continues to address pre-submission inquiries and to process submissions from awardees in all three cohorts and to disburse funds to Elements and Leading Edge awardees. Awardees control their progress toward disbursement. HUD has fully restarted the Comprehensive process, but none of the 101 Comprehensive awardees have reached a disbursement milestone. HUD is in active discussion with one awardee regarding HUD's comments on their Comprehensive transaction plan submissions and has provided comments to additional awardees regarding Comprehensive scope of work submissions. HUD is waiting for action by the awardee in 100 of the Comprehensive award cases. HUD continues working on technical assistance guidance documents, technical assistance activities, and monthly office hours to assist owners, with topics designed to facilitate Comprehensive awardees' progress towards requesting funds.

-1-

*Report from Plaintiffs*

Plaintiffs appreciate the government's latest update, including with respect to the Comprehensive award that is currently awaiting action by HUD. Plaintiffs reiterate their view that the government should continue to provide such updates at least until such time as Comprehensive award funds are actually flowing to awardees, in order to allow the Court and Plaintiffs to understand "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order." Tr. of Aug. 13, 2025 Status Conf.

Dated: July 29, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        ALEXANDER K. HAAS
                                        Director
                                        Civil Division, Federal Programs Branch

                                        JOSEPH BORSON
                                        Assistant Director
                                        Civil Division, Federal Programs Branch

                                        */s/ Eitan Sirkovich*
                                        EITAN R. SIRKOVICH
                                        CHRISTOPHER M. LYNCH
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, DC 20530
                                        Tel.: (202) 353-5525
                                        Email: eitan.r.sirkovich@usdoj.gov

                                        *Counsel for Defendants*

-2-

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*

-3-