UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

*Report from Defendants*

HUD continues to implement the program with respect to all three cohorts and to disburse funds to Elements and Leading Edge awardees.  HUD has fully restarted the Comprehensive process, but none of the 101 Comprehensive awardees have reached a disbursement milestone.  Since the last joint status report, HUD issued a Comprehensive Construction Commitment to one awardee documenting HUD's approval of their Comprehensive transaction plan submission.  HUD is waiting for action by the awardee in all 101 of the Comprehensive award cases.

*Report from Plaintiffs*

Plaintiffs appreciate the government's latest update and reiterate their view that these updates continue to be helpful in allowing the Court and Plaintiffs to understand "where we are in the process of restarting [Comprehensive] funding" and "complying with [the Court's] order."  Tr. of Aug. 13, 2025 Status Conf.

-1-

Dated: August 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ *Miriam Weizenbaum*

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553

-2-

Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*