UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

Defendants the United States Department of Agriculture, Brooke Rollins, in her official capacity as Secretary of Agriculture, the United States Department of Energy, Chris Wright, in his official capacity as Secretary of Energy, the United States Department of the Interior, Doug Bernum, in his official capacity as Secretary of the Interior, the Environmental Protection Agency ("EPA"), Lee Zeldin in his official capacity as EPA Administrator, the United States Department of Housing and Urban Development ("HUD"), Scott Turner, in his official capacity as HUD Secretary, the Office of Management and Budget ("OMB"), Russel Vought, in his official capacity as OMB Director, and Kevin Hassett, in his official capacity as Director of the National Economic Council, and Plaintiffs Woonasquatucket River Watershed Council, Eastern Rhode Island Conservation District, Childhood Lead Action Project, Codman Square Neighborhood Development Corporation, Green Infrastructure Center, and National Council of Nonprofits (collectively, "the Parties") provide the following status report:

1. On May 30, 2025, the Court issued a Text Order granting in part and denying in part Defendants' motion, ECF No. 70, to stay proceedings pending the appeal of this Court's preliminary injunction, ECF No. 45, to the United States Court of Appeals for the First Circuit.

2. The May 30, 2025, Text Order directed the Parties to file a Joint Status Report following the First Circuit's resolution of the appeal in *New York v. Trump*, No. 25-1236 (1st Cir.), at which point the Court would determine "whether a further stay, pending the First Circuit's resolution of the preliminary injunction appeal in this case (*Woonasquatucket River Watershed Council v. USDA*, No. 25-1428 (1st Cir.)), is appropriate."

3. On March 24, 2026, the Parties filed a Joint Status Report apprising the Court of the First Circuit's decision in *New York*, ECF No. 110, and stated, "The Parties agreed that it would be most efficient for the Parties and the Court to continue the stay in this case until the First Circuit resolves the pending appeal of the preliminary relief in this matter, as it will provide more context-specific guidance relevant to resolving the issues remaining before the Court."

4. On August 7, 2026, the First Circuit issued its opinion and order affirming in part and vacating in part the Court's preliminary injunction.

5. On August 24, 2026, the Parties met and conferred to discuss how the present matter should proceed. The deadline for the Parties to seek certiorari from the First Circuit's opinion is November 5, 2026. The Parties propose filing another

Joint Status Report by November 12, 2026, proposing next steps for this litigation.

Dated: September 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

CHRISTOPHER M. LYNCH
Chief Litigation Counsel
Civil Division, Federal Programs Branch

*/s/ Eitan Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ Miriam Weizenbaum

Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street
Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)

Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*