IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-97 (MSM) |

**JOINT STATUS REPORT**

Following issuance of the First Circuit's opinion and order in this case, the parties submitted a joint status report notifying the Court that they would seek to propose next steps for this litigation following the deadline for the parties to seek certiorari from the First Circuit's opinion. ECF No. 125. The deadline for petitioning for certiorari passed on November 5, with neither side filing a petition.

The parties have since met and conferred to discuss how the present matter should proceed. While those initial discussions were productive, the parties require additional time to attempt to reach a mutually agreed proposal. The parties therefore propose filing another Joint Status Report by December 14, 2026, proposing a path forward for this litigation.

Dated: November 12, 2026

Respectfully submitted,

*<u>/s/ Miriam Weizenbaum</u>*
Miriam Weizenbaum (RI Bar No. 5182)
DeLuca, Weizenbaum, Barry & Revens
199 North Main Street

Providence, RI 02903
(401) 453-1500
miriam@dwbrlaw.com

Kevin E. Friedl* (DC Bar No. 90033814)
Jessica Anne Morton* (DC Bar No. 1032316)
Robin F. Thurston* (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kfriedl@democracyforward.org
jmorton@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director
Civil Division, Federal Programs Branch

CHRISTOPHER M. LYNCH
Chief Litigation Counsel
Civil Division, Federal Programs Branch

/s/ *Eitan R. Sireal*
EITAN R. SIREAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 353-5525
Email: eitan.r.sireal@usdoj.gov

*Counsel for Defendants*